# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

RAFAEL RODRIGUEZ,
PETITIONER,

v. C.A. No. 04-131T

UNITED STATES OF AMERICA,
RESPONDENT.

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Pursuant to the November 9th, 2006 Memorandum and Order of this Court, judgment hereby enters as follows: Petitioner Rafael Rodriguez's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. §2255 is hereby DENIED.

Enter:

Deputy Clerk

Dated: November 13th, 2006